# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY ANDREW PIATEK,

       Plaintiff,        Case No. 04-C-81

    v.

DAVID GRAVES, KURT PICKNELL,
MICHAEL SCHMITZ, JOHN DELANEY,
BRIAN BOHLMANN, ELIZABETH PETERS,
and LAURA BANICKE,

       Defendants.

## OPINION AND ORDER

The Defendants in this case have notified the court that they have settled all claims raised by the Plaintiff and that the dispositive motion now pending need not be addressed. Therefore, the court ORDERS that the "Walworth County Defendants' Amended Motion for Summary Judgment" (filed August 4, 2005) IS DENIED without prejudice.

This action will be dismissed after the parties file their closing papers.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 19th day of August, 2005.

                s/ Thomas J. Curran
                Thomas J. Curran
                United States District Judge